**Electronically Filed
Supreme Court
SCWC-11-0000802
28-JUN-2013
10:12 AM**

SCWC-11-0000802

IN THE SUPREME COURT OF THE STATE OF HAWAI I

_____

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellant,

vs.

RUBIN IKOA CASUGAY-BADIANG, Petitioner/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000802; CR. NO. 11-1-0523)

ORDER OF CORRECTION
(By: Acoba, McKenna, and Pollack, JJ., with Recktenwald, C.J.,
dissenting separately, with whom Nakayama, J. joins)

IT IS HEREBY ORDERED that the Opinion of the Court,
filed on June 19, 2013, is corrected as follows:

On page 31, the attorney caption shall read:

"Ronette M. Kawakami
(Summer M. M. Kupau
with her on the briefs)
for petitioner"

The Clerk of the Court is directed to take all
necessary steps to notify the publishing agencies of this change.

An amended opinion of the court will be filed
contemporaneously with this order.

DATED:  Honolulu, Hawai‘i, June 28, 2013.

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

